# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   **Civil File No. 04-141** |
| | )              **MJD/SRN** |
| **Linda M. Spencer, Margaret A. Vaccaro,** | ) |
| **Thomas Beier, and Midfirst Bank,** | ) |
| | ) |
| **Defendants.** | ) |

## Final Judgment

This case decided through summary judgment motions, and a decision having been rendered **it is ORDERED** that:

Defendant, Linda M. Spencer, is indebted to the United States for the following unpaid federal income tax assessments:

| Tax Period | Tax, Interest, Penalty Due as of 11/3/03 |
|---|---|
| 1993 | $ 96,368.73 |
| 1994 | 117,013.84 |
| 1995 | 75,795.76 |

**Total Tax, Interest & Penalties as of November 3, 2003:   $ 289,178.33**

plus interest and statutory additions according to law from November 3, 2003 until judgment is paid.

The Court hereby dismisses with prejudice the claims of the United States against Defendant, Margaret A. Vaccaro

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

So ORDERED this 5th day of December, 2005.

s / Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge
